## FAILURE TO ESTABLISH A GIFT.

Circuit Court of Cuyahoga County.

KATHERINE DEERING v. THE SOCIETY FOR SAVINGS.*

Decided, January 21, 1907.

*Gifts—Intention of Donor to Make a Gift a Necessary Element.*

Proving the delivery of a fund which was reduced to possession, without proving an intention to make a gift, does not establish a gift.

WINCH, J.; MARVIN, J., and HENRY, J., concur.

Plaintiff in her petition claimed the fund involved in this case as a gift.

Such being the case, it was incumbent upon her to prove all the essential elements of a gift.

*Affirmed without opinion, *Deering* v. *Society for Savings*, 79 Ohio State, 467.

She proved a delivery of the fund, which was reduced to her possession before the donor's death. She failed to prove an intention to make a gift. The mere possession of the funds by the donee raises no presumption that the possession was acquired as a gift. *Thornton on Gifts,* paragraph 321.

When no consideration exists for the transfer of. property, in the absence of explanatory circumstances, a resulting trust arises in favor of the grantor or transferor. *Roberts* v. *Remy,* 56 O. S., 249.

The judgment is affirmed.